EXHIBIT B



# Personal Guarantee

10x Management is acting solely as an agent for the contractor named below (herein called "Lender") and assumes no liability hereunder.  This contract is made between the undersigned debtor (herein called "Debtor") and the undersigned Lender.

This guarantee dated March 20th, 2019, between Eric Chebil and Pieter Van Iperen.  In good and valuable consideration, and any future credit that the Lender may extend over the course of their engagement to Debtor, the receipt and sufficiency of which is hereby acknowledge, the Debtor personally guarantees the prompt, full and complete performance of any and all existing duties and obligation of the Debtor to the Lender, and the payment of any and all indebtedness due to the Lender by the Debtor, under the terms of the Project Proposal, or Previous Agreement, dated December 10th, 2018, and the following terms and conditions.

1. The current amount of debt owed to the Lender by the Debtor is $73,026.25, and Lender will continue to provide services to Debtor until the debt amount reaches $150,000, at which point the Lender will cease work, while retaining ownership of the intellectual property created during the hours worked during the engagement that have not been paid for by the Debtor.
2. Per the payment terms and section 15 of the Previous Agreement, all invoices that are over one month overdue will incur a 10% late fee.
3. Any and all legal and collection costs accrued by the Lender in pursuit of the full payment of debt from Debtor will be covered by the Debtor.
4. This Guarantee is for the use and benefit of the Lender, and will also be for the use and benefit of any subsequent Lender to whom the Lender may assign this Guarantee.
5. The liability of the Debtor will continue until payment is made of every obligation of the Debtor now or later incurred in connection with the Debt, until payment is made for the services performed by Lender under the agreement signed December 10th, 2018.
6. The Debtor waives all rights to require the Lender to institute suit against the Debtor, and to exercise diligence in enforcing this Guarantee.
7. The Debtor represents that at the time of execution of this Guarantee, nothing exists to impair the effectiveness of this Guarantee.
8. This Guarantee is made pursuant to the laws of the State of New York.
9. The invalidity of any one or more phrases or sections in this guarantee will not affect the validity of the remaining portions of this agreement.

AGREED AND ACCEPTED:

DocuSigned by:

*Eric Chebil*                                    3/22/2019

B473F7E483DA426...

_____

Eric Chebil                                           Date

_____

Pieter Van Iperen                                Date

---