UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PWV Consultants LLC,                              :

                Plaintiff,          :

    - against -                                       :            ORDER

CHEBIL REALTY LLC and ERIC CHEBIL,    :            20-CV-9030 (LTS)(KNF)

               Defendants.        :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on April 21, 2021, at 2:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York                         SO ORDERED:
       April 14, 2021

                                                                                                  _Kevin Nathaniel Fox_____
                                                                                                  KEVIN NATHANIEL FOX
                                                                                                  UNITED STATES MAGISTRATE JUDGE