**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

PWV Consultants LLC,

                                  Plaintiff,

                  -against-

Chebil Realty LLC and Eric Chebil,

                                Defendant.

-----------------------------------------------------------------X

**<u>ORDER</u>**

**20-CV-9030 (LTS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at

WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for an

Initial Pretrial Conference by **April 22, 2022**. Proposed dates should be in the second and third

weeks of May. The parties should be prepared to discuss the status of discovery, whether the

parties will file dispositive motions, and the potential for a settlement.

       SO ORDERED.

DATED:     New York, New York
             April 18, 2022

                                   JENNIFER E. WILLIS
                                   United States Magistrate Judge