UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PWV Consultants LLC,

                            Plaintiff,                  **ORDER**

         -against-                           20-CV-9030 (LTS) (JW)

Chebil Realty LLC and Eric Chebil,

                            Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The parties' final pretrial conference is adjourned to February 10, 2023 at 11:00 a.m. before Judge Laura Taylor Swain in Courtroom No. 17C[1], 500 Pearl Street, New York, NY 10007.

Dated:  New York, New York
           October 17, 2022

                                                             Jennifer E. Willis
                                                             United States Magistrate Judge

---

[1] On the day of the conference, check the electronic board in the lobby to be certain of the proper courtroom.