UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

PWV CONSULTANTS LLC,

       Plaintiff,

                                                 No. 20 Civ 9030 (LTS) (JW)

  -v-

CHEBIL REALTY LLC & ERIC CHEBIL,                       ORDER

       Defendants.

-------------------------------------------------------x

       The Court has received a letter from Defendant Eric Chebil, who is proceeding pro se in this action.  (Docket entry no. 103.)  Plaintiff has filed a consolidated motion for default judgment as to Defendant Chebil Realty LLC and for summary judgment as to Defendant Eric Chebil.  (Docket entry no. 98.)  Briefing of this motion will proceed in accordance with the schedule set forth in Local Civil Rule 6.1, and the Court will consider all filings timely made pursuant to that schedule.  The Court will also consider filings made by Plaintiff's prior counsel on all pertinent issues.

SO ORDERED.

Dated:  New York, New York
           January 18, 2023

                                                          /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                       Chief United States District Judge