UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

PWV CONSULTANTS LLC,

       Plaintiff,

                                                                             No. 20 Civ 9030 (LTS) (JW)

  -v-

CHEBIL REALTY LLC & ERIC
CHEBIL,                                                      ORDER

       Defendants.

-------------------------------------------------------x

       The Court has received a letter from Defendant Eric Chebil, who is proceeding pro se in this action, requesting additional time to consult with counsel and respond to the pending motion for summary judgment. Defendant's request for an extension is granted to the extent Mr. Chebil's deadline for responding to the motion for summary judgment is extended to **March 9, 2023**. This extension provides Mr. Chebil with additional time to seek the assistance of counsel prior to filing his opposition.

SO ORDERED.

Dated:  New York, New York
           January 26, 2023

                                                /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge