UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

PWV CONSULTANTS LLC,

      Plaintiff,                                          No. 20-CV-9030-LTS-JW

   -v-

CHEBIL REALTY LLC & ERIC CHEBIL,

      Defendants.
-------------------------------------------------------x

## ORDER

The Court has received notice that Defendant Eric Chebil filed a Chapter 7 bankruptcy petition on March 9, 2023, in the United States Bankruptcy Court for the Central District of California. In light of the automatic stay provisions of 11 U.S.C. section 362, proceedings in this action are stayed as to Defendant Eric Chebil, without prejudice to an application to the bankruptcy court for relief from the automatic stay. In the absence of such relief, Plaintiff shall file a status report on June 1, 2023, and the first day of each calendar quarter thereafter, stating whether the bankruptcy case is still pending and whether this case should remain stayed as to Defendant Eric Chebil.

The case is stayed as against Defendant Eric Chebil only. The Court has the pending motions against Defendant Chebil Realty LLC under consideration. This case remains referred to Judge Willis for general pretrial management.

SO ORDERED.

Dated: New York, New York
       March 17, 2023

                            /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                          Chief United States District Judge