**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PWV CONSULTANTS LLC,

                      Plaintiff,

    vs.

CHEBIL REALTY LLC, and

ERIC CHEBIL,

                      Defendants.

No. 20 CV 9030 (LTS)

**CIVIL JUDGMENT**

---

    WHEREAS, Plaintiff PWV Consultants LLC commenced this action against Defendants Chebil Realty LLC and Eric Chebil, (ECF Doc. 1);

    WHEREAS, Defendant Chebil Realty LLC asserted a counterclaim against Plaintiff PWV Consultants LLC, (ECF Doc. 18);

    WHEREAS, by Memorandum Order dated August 28, 2023, (ECF Doc. 113), the Court (Hon. Laura Taylor Swain, U.S.D.J.), granted Plaintiff PWV Consultants LLC's unopposed Motion for Default Judgment against Defendant Chebil Realty LLC, (*id.* at 12), and ordered entry of judgment against Defendant Chebil Realty LLC pursuant to Fed. R. Civ. P. 54(b), (*id.*);

    WHEREAS, by the same Memorandum Order dated August 28, 2023, the Court ordered dismissal of the counterclaim that Defendant Chebil Realty LLC asserted against Plaintiff PWV Consultants LLC, (*id.*);

    **NOW, THEREFORE,** it is hereby

    **ORDERED, ADJUDGED AND DECREED** that Plaintiff PWV Consultants LLC have judgment and recover of Defendant Chebil Realty LLC damages in the amount of three hundred thirty-two thousand, five hundred five dollars ($332,505.00); *plus* contractual interest in the amount of two hundred twenty-five thousand, seven hundred forty-six dollars and ninety-six cents

($225,746.96); *plus* attorneys' fees and costs in the amount of seventy-three thousand, five hundred eighty-nine dollars and forty-two cents ($73,589.42); for a total of six hundred thirty-one thousand, eight hundred forty-one dollars and thirty-eight cents ($631,841.38), with post-judgment interest at the federal statutory rate determined pursuant to 28 U.S.C. section 1961(b); and it is further

      **ORDERED AND DECREED** that Plaintiff PWV Consultants LLC shall have due execution thereof.

New York, New York
September 12, 2023

                            By:   /s/ Laura Taylor Swain_____
                                   Laura Taylor Swain, Chief U.S. District Judge

\*    \*    \*

PWV CONSULTANTS LLC
c/o MULLEN P.C.
745 Fifth Avenue, Suite 500
New York, NY 10151

*Judgment Creditor*

CHEBIL REALTY LLC
13900 Fiji Way, Suite 301
Marina Del Rey, CA 90292

*Judgment Debtor*