UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PWV CONSULTANTS LLC,

       Plaintiff,                                   No. 20-CV-9030-LTS-JW

   -v-

CHEBIL REALTY LLC & ERIC CHEBIL,

       Defendants.
-----------------------------------------------------------x

## ORDER

The Court has received notice that, on December 4, 2023, Judge Bluebond of the Bankruptcy Court for the Central District of California granted Defendant Eric Chebil a bankruptcy discharge pursuant to 11 U.S.C. section 727. (Docket entry no. 119.) In light of the discharge order, Plaintiff requests that all remaining claims in this action—Plaintiff's claims against Mr. Chebil—be dismissed without prejudice. (Id.) Under Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request . . . by court order, on terms that the court considers proper." Mr. Chebil has not filed an objection to dismissal without prejudice.

Plaintiff's remaining claims against Mr. Chebil are hereby dismissed without prejudice. The Clerk of Court is respectfully directed to enter judgment dismissing the claims against Mr. Chebil in the Complaint, terminate PWV as a counter-defendant (see docket entry no. 113), and close the case.

SO ORDERED.

Dated: New York, New York
      January 23, 2024

                                                /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               Chief United States District Judge