**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

PWV CONSULTANTS LLC,

                    Plaintiff,

    -against-                                                  20 **CIVIL** 9030 (LTS)(JW)

                                                                         **JUDGMENT**

CHEBIL REALTY LLC & ERIC CHEBIL,

                    Defendants.

-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 23, 2024, the Court has received notice that, on December 4, 2023, Judge Bluebond of the Bankruptcy Court for the Central District of California granted Defendant Eric Chebil a bankruptcy discharge pursuant to 11 U.S.C. section 727. (Docket entry no. 119.) In light of the discharge order, Plaintiff requests that all remaining claims in this action-Plaintiff's claims against Mr. Chebil-be dismissed without prejudice. (Id.) Under Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request... by court order, on terms that the court considers proper." Mr. Chebil has not filed an objection to dismissal without prejudice. Plaintiff's remaining claims against Mr. Chebil are hereby dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      January 23, 2024

                                                                              **RUBY J. KRAJICK**

                                                                                 **Clerk of Court**

                                        **BY:**       K. Mango

                                                                                 **Deputy Clerk**